

JS: USAO 2009R00582

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PJM 09 CR 0531 |
| | * | |
| GIL BODOG, | * | (Conspiracy to Commit Wire Fraud, |
| | * | 18 U.S.C. § 1349) |
| Defendant | * | |

\*\*\*\*\*\*\*

**INDICTMENT**

**COUNT ONE**

The Grand Jury for the District of Maryland charges that:

Beginning in or about June 2008 and through in or about August 2009, in the District of Maryland and elsewhere, the defendant,

**GIL BODOG,**

with others known and unknown to the Grand Jury, did unlawfully, knowingly and willfully conspire, combine, confederate and agree with each other and other persons to knowingly devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and material omissions and for the purpose of executing and attempting to execute the scheme to defraud would and did transmit and cause to be transmitted by means of wire and radio communication in interstate and foreign commerce, writings, signs,

signals, pictures and sounds, in violation of 18 U.S.C. § 1343

18 U.S.C. § 1349

*Rod J. Rosenstein /JS*
Rod J. Rosenstein
United States Attorney

A True Bill:

**SIGNATURE REDACTED**

Foreperson

*October 5, 2009*
Date

Date:   October 5, 2009